**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                       CASE NO.  3:05-cr-160-J-99MCR

**DAVID LEE LITTLES**
_____ /

**ORDER ACCEPTING PLEA AND SCHEDULING SENTENCING**

Pursuant to the *Report and Recommendation* (Doc.#25) of the United States Magistrate Judge, to which objections have been waived, the plea of guilty of the defendant to Count One of the Indictment is now **ACCEPTED** and the defendant, **DAVID LEE LITTLES**, is **ADJUDGED GUILTY of such offense.**

**IT IS FURTHERED ORDERED** that **SENTENCING** before the Honorable John H. Moore II, is hereby **scheduled** for 10:30 a.m., on Tuesday, October 11, 2005, in Courtroom 12D, Twelfth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

**DONE AND ORDERED** at Jacksonville, Florida this  11th  of August, 2005.

_____
JOHN H. MOORE II
United States District Judge

Copies to:   Assistant United States Attorney (Pashayan)
             Defense Counsel - James Hernandez
             United States Marshal's Service
             United States Probation
             United States Pretrial